UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY A. GRESSLER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:19-cv-950

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed a Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 19).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 12, 2021, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 19) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded five thousand, eight hundred twenty-five dollars ($5,825.00) pursuant to the Equal Access to Justice Act and such sum shall be paid directly to Plaintiff.

Dated: May 27, 2021                                              /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                     United States District Judge