UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY GRESSLER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:19-cv-950

HON. JANET T. NEFF

## ORDER

This matter is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 24). On March 23, 2023, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff's Motion be granted in part and denied in part (ECF No. 29). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1).

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (ECF No. 24) is GRANTED IN PART and DENIED IN PART.

**IT IS FURTHER ORDERED** that Plaintiff's counsel is awarded eight thousand, eight hundred dollars and zero cents ($8,800.00) in fees pursuant to 42 U.S.C. § 406(b).

Dated: April 14, 2023

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge